UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60272-CIV-COHN/WHITE
(Criminal Case No. 04-60216-CR-COHN)

KELLY RAY JONES,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report Regarding §2255 With Pending Appeal [DE 22], submitted by Magistrate Judge Patrick A. White, recommending that the Court stay the above-referenced action pending resolution of the pending appeal of this Court's denial of Movant's Motion for Recusal. In its Objections [DE 23], the Government consents to the stay, but objects to language in the Report indicating that "[t]he petition has been timely filed." The Government argues that the issue of the Petition's timeliness has not been fully litigated, and this issue should be addressed after the appeal is resolved and jurisdiction is returned to this Court. The Court agrees. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge White [DE 22] is **ADOPTED in part**, excluding the statement that the petition has been timely filed.

2. The above-referenced matter is **STAYED** pending resolution of the appeal.

3. The Government is directed to file a Status Report with the Court upon the earlier of (1) final resolution of the appeal, or (2) December 1, 2008.

4. Any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case for administrative purposes for the duration of the stay.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of June, 2008.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Kelly Ray Jones, *pro se*
Reg. No. 55835-004
FMC Rochester
Federal Medical Center
P.O. Box 4000
Rochester, MN 55903